20, 423-38, 39

EX PARTE

Ismael. H, Padilla

Petitioner

This document contains some pages that are of poor quality at the time of imaging.

VS.

The STATE OF TEXAS

RESPONDENTS

$*$ $*$ $*$ $*$ $*$ $*$ $*$ $*$ $*$

IN The 203rd Judicial District court Of Dallas county. Dallas, TEXAS. Cause CAS-ed F82-90254 and, F.

RECEIVED IN COURT OF CRIMINAL APPEALS JUL 30 2015 Abel Acosta, Clerk

MOTION OF REQUEST That, The Texas court of Criminal appeals court obtain, Review and Rule on petitioner's motion seeking declaration That petitioner is NOT required to register as a sex offender (And/or; Behold Accountable To further parole release, sanctions by The Parole board."

I

On The 29th of April/2015, The petitioner submitted said The said Named motion stated above in Referenced and The Trial court has failed To submit an summary judgement and declare That, The petitioner's Rape conviction is served, expired, and That The pTexas board of Pardons and parole's is in violation of The petitioner's ex post facto Law (clause); double jeopardy (clause) And, illigal impositions of uncharged conviction for The

same OFFENSE IN VIOLATION OF The DECLARATION OF The human rights article 17 of declaration of rights, (The illigal impositions OF SANCTIONS FOR The same crime). The double jeopardy clause prohibits multiple punishments FOR The same offense, denials of release To parole, probation, sanctions FOR same crime are all prohibited by These Laws, in prohibition OF The 8Th Amendment, as well as 5Th And 14Th Amendments which guarantees The petitioner due process and EQUAL PROTECTIONS To The Laws of The U.S. constitution.

wherefore; The petitioner prays This court of appeals will grant release, relief and order The expunchment oF The rape conviction From The petitioner's records and grant parole release on The robbery conviction. ThanK you!

MR. Ismael Hernandez Padilla 356264

"07/25Th/2015. c.copy!"

"VERIFICATION, DECLARATION AND, AFFIDAVIT"

I; Ismael L. H. Padilla #356764 Do Honorably swear That an; "Motion of request For The Texas Court of criminal Appeals, in Austin, Texas" obtain hear and, rule on petitioner's motion, seeking declaration That, petitioner is Not require To register as a sex offender (and or; Be held accountable To Further parole release, sanctions by The parole Board." Is being sent To The; Dallas county Court House And; Texas court of criminal Appeal (court in Austin, Tx. And At: 133 N. riverFront Blvd., LB-19 Dallas, Tx. 75207-4399 and, Texas court of criminal Appeals court At: P.O. Box 12308, Capitol Station, Austin, Tx. 78711. mailed Through; Boyd unit and its U.S. postal service mail room.

On The ___ day of _____, 2015.
Do Honorably swear under penalty of perjury That, That all information is True and correct Federal Law, (28 U.S.C. 4 1746(a), Thank you!"

Mr. Ismael Hernandez Padilla 356764
200 Spur 113,
Teague, Tx, 75860          "c. copy!"

07/26th/2015.

EX PARTE
ISMAEL H. Padilla
PETITIONER.

* * * * * * * *

VS.

The STATE of TEXAS.
RESPONDENT.

IN The 203rd Judicial district court of Dallas county, Dallas, TEXAS. Cause numbers F82-90756 And, F83-88926.

MOTION OF REQUEST That; The Texas court of appeals Austin; Texas. obTain, REVIEW gRuLe And. ORder. The Conviction's inTegRiTy uNiT To examine The petitioner's appeals And, ORder The appeal's results given aTo The Texas court of appeals, As well As To The petitioner."

ON; The 23rd of June/2015, An legal letter dated 6/22nd/2013, Was sent To The; Dallas co:, courthouse in Dallas, Texas. The attorney(s) being professioN; have had adequate opportunity To review And Rule on such, REQUEST. Have ignored such REQUEST. Petitioner comes To The court of Appeals and make This REQUEST, up IN ReFrenced And, REQUESTs That such REQUEST be graNTed, "ThaNK you!"

Mr. Ismael Hernandez Padilla 3-E-96y.

"C. Copy(s)!" "07/24/y/2015."

"VERIFICATION, DECLARATION AND, AFFIDAVIT".
I, ISMAEL N, PADILLA #356764. Do Honorably SWEAR THAT AM; "MOTION OF REQUEST That The; TEXAS COURT OF CRIMINAL APPEALS COURT OBTAIN, REVIEW, RULE AND, ORDER." The CONVICTIONS INTEGRITY UNIT To Examine The PETITIONER'S CONVICTIONS, APPEALS AND, ORDER The REPORT'S RESULTS GIVEN, To The TEXAS court OF APPEALS, AS WELL AS To The PETITIONER."

WAS SENT To The; TEXAS COURT OF CRIMINAL APPEALS COURT AND The DALLAS COUNTY COURT house. And at: 133 N. RIVER FRONT BLVD, LB-19. DALLAS, TX, 75209-4399. And P.O. Box 12308, CAPITOL STATION. AUSTIN, TX, 78711. And mailed Through; BOYD UNIT AND ITS U.S. POSTAL SERVICE MAIL ROOM. ON The _____ DAY OF _____, 2015. Do Honorably SWEAR That; All INFORMATION, IS TRUE AND COURT under PENALTY OF PERJURY Federal LAW, (28 U.S.C.A.1746), THANK You! "

_____ MR. Ismael Hernandez, Padilla 356764.
200 SPUR 113,
TENGUE, TX, 75860. C. Copy! "

09/24th/2015.